[Nos. 31696-6-I; 32690-2-I.   Division One.   August 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH J. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-1-01059-8, Richard J. Thorpe, J., entered November 9, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.


[No. 31227-8-I.   Division One.   August 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. ROS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-04607-3, Jim Bates, J., entered August 14, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Agid, J.


[No. 34097-2-I.   Division One.   August 7, 1995.]

*In re the Marriage of* JANET EDWARDS, *Respondent, and* PAUL F. EDWARDS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-3-00379-6, Gerald L. Knight, J., entered January 6, 1994. *Affirmed* by unpublished per curiam opinion.